SEALED

FILED

DEC 10 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 McGREGOR W. SCOTT
United States Attorney
2 MATTHEW THUESEN
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
6 Attorneys for Plaintiff
United States of America
7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           ) CASE NO. 2:18-MJ-0249 AC
                                       )
12                     Plaintiff,      )
                                       ) SEALING ORDER
13         v.                          )
                                       )
14 ALFREDO ARROYO,                     )
         aka Jose Aguilar,             )
15       aka Jose Alfredo Arroyo Aguilar, )
         aka Jose Arroyo,              )
16       aka Jose Feliz,               )
         aka George Rodriguez,         )
17       aka Jorge Rodriguez,          )
                                       )
18                     Defendant.      )
19                                     )
                                       )
20

21     Upon application of the United States of America and good cause having been shown,

22     IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not

23 be disclosed to any person unless otherwise ordered by this Court.

24
   Dated: 12/10/18                              _____
25                                               ALLISON CLAIRE
26                                               United States Magistrate Judge