UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 18, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:18-MJ-00249-AC |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ALFREDO ARROYO, ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ALFREDO ARROYO</u>, Case No. <u>2:18-MJ-00249-AC</u>, Charge <u>18 USC § 1542</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ <u>100,000.00 (in the interim)</u>

        ✔    Unsecured Appearance Bond

        ___    Appearance Bond with 10% Deposit

        ✔    Appearance Bond with Surety

        ___    Corporate Surety Bail Bond

        ✔    (Other)    <u>With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 18, 2018</u> at <u>2:35</u> PM.

By /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge